FILED

2003 DEC 16 P 12: 56

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LYDIA MELE | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02CV1371 (AVC) |
| v. | : | |
| | : | |
| HARTFORD PUBLIC SCHOOLS, | : | |
| AND THE BOARD OF TRUSTEES | : | |
| FOR THE HARTFORD PUBLIC | : | |
| SCHOOLS, | : | |
| Defendants. | : | December 12, 2003 |

## MOTION FOR MODIFICATION OF SCHEDULING ORDER

The defendants request that the scheduling order dated October 10, 2000, as amended by this Court's order dated June 27, 2003, be modified as outlined below. The parties are engaged in settlement negotiations about plaintiff's employment situation (the plaintiff has more than ten pending workers' compensation cases and one state court appeal in addition to this litigation) and need more time to attempt to resolve the issues. The parties have received one prior modification to the scheduling order. Plaintiff's counsel has no objection to the granting of this motion.

1. All discovery, including depositions of all witnesses, shall be completed by March 31, 2004;

2. Plaintiff's designation of trial experts and provision of reports from retained experts: already completed;

3. Defendant's designation of trial experts and provision of reports from retained experts by February 16, 2004;

4. All motions, except motions *in limine*, filed by May 17, 2004;

5. Joint trial memorandum filed by July 15, 2004; and

6. Case ready for trial by September 1, 2004.

DEFENDANTS
HARTFORD PUBLIC SCHOOLS AND THE
BOARD OF TRUSTEES FOR THE HARTFORD
PUBLIC SCHOOLS,

By _____
Joseph W. McQuade
Federal Bar No. ct12121
Diana Garfield
Federal Bar No. 05551
Kainen, Escalera & McHale, P.C.
21 Oak Street
Hartford, CT 06106
Telephone (860) 493-0870
Facsimile (860) 493-0871
jmcquade@kemlaw.com
Their Attorneys

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing Motion for Modification of Scheduling Order was sent via first class U.S. mail on this 12th day of December, 2003 to:

John-Henry M. Steele, Esq.
35 Louis Road
Middlefield, CT  06455-1108

_____
Joseph W. McQuade

12086