03cv 1371 mext
FILED
2003 DEC 16 P 12: 56
U.S. DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LYDIA MELE | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02CV1371 (AVC) |
| v. | : | |
| | : | |
| HARTFORD PUBLIC SCHOOLS, | : | |
| AND THE BOARD OF TRUSTEES | : | |
| FOR THE HARTFORD PUBLIC | : | |
| SCHOOLS, | : | |
| Defendants. | : | December 12, 2003 |

## MOTION FOR MODIFICATION OF SCHEDULING ORDER

The defendants request that the scheduling order dated October 10, 2000, as amended by this Court's order dated June 27, 2003, be modified as outlined below. The parties are engaged in settlement negotiations about plaintiff's employment situation (the plaintiff has more than ten pending workers' compensation cases and one state court appeal in addition to this litigation) and need more time to attempt to resolve the issues. The parties have received one prior modification to the scheduling order. Plaintiff's counsel has no objection to the granting of this motion.

1. All discovery, including depositions of all witnesses, shall be completed by March 31, 2004;

December 18, 2003.
GRANTED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.

FILED
2003 DEC 18 P 3: 34
U.S. DISTRICT COURT
HARTFORD, CT.