UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LYDIA MELE | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02CV1371 (AVC) |
| v. | : | |
| | : | |
| HARTFORD PUBLIC SCHOOLS, | : | |
| AND THE BOARD OF TRUSTEES | : | |
| FOR THE HARTFORD PUBLIC | : | |
| SCHOOLS, | : | |
| Defendants. | : | MARCH 23, 2004 |
| | : | |

DEFENDANT'S MOTION FOR
MODIFICATION OF SCHEDULING ORDER

The defendants request that the scheduling order in this case be modified as outlined

below.  The parties are engaged in settlement negotiations about plaintiff's employment situation

(the plaintiff has more than ten pending workers' compensation claims and one appeal pending at

the Connecticut Supreme Court) and need more time to attempt to resolve the issues.  On

February 11, 2004, defendants sent plaintiff a comprehensive settlement agreement, which

plaintiff is considering.  Defendants would like to complete the settlement process before

incurring the expense of depositions (including medical doctors).

The parties have received two prior modifications to the scheduling order.  Plaintiff's

counsel has no objection to the granting of this motion.

1.      All discovery, including depositions of all witnesses, shall be completed by June 30, 2004;

2.      Plaintiff's designation of trial experts and provision of reports from retained experts: already completed;

3.      Defendant's designation of trial experts and provision of reports from retained experts by: May 17, 2004;

4.      All motions, except motions in limine, filed by August 17, 2004;

5.      Joint trial memorandum filed by October 15, 2004;

6.      Case ready for trial by December 1, 2004.

DEFENDANTS
HARTFORD PUBLIC SCHOOLS AND THE
BOARD OF TRUSTEES FOR THE HARTFORD
PUBLIC SCHOOLS,


By_____
        Joseph W. McQuade
        Federal Bar No. ct12121
        Diana Garfield
        Federal Bar No. 05551
        Kainen, Escalera & McHale, P.C.
        21 Oak Street
        Hartford, CT  06106
        Telephone (860) 493-0870
        Facsimile (860) 493-0871
        jmcquade@kemlaw.com
        Their Attorneys

## **CERTIFICATION OF SERVICE**

This is to certify that a copy of the foregoing Defendant's Answer to Complaint was sent via first class U.S. mail on this 23rd day of March, 2004 to:

John-Henry M. Steele, Esq.
35 Louis Road
Middlefield, CT  06455-1108


_____
Diana Garfield

13354