UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| [...]MELE | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02CV1371 (AVC) |
| | : | |
| [...]ORD PUBLIC SCHOOLS, | : | |
| [T]HE BOARD OF TRUSTEES | : | |
| [T]HE HARTFORD PUBLIC | : | |
| [SCHOO]LS, | : | |
| Defendants. | : | MARCH 23, 2004 |

### DEFENDANT'S MOTION FOR MODIFICATION OF SCHEDULING ORDER

The defendants request that the scheduling order in this case be modified as outlined [below].

The parties are engaged in settlement negotiations about plaintiff's employment situation [(pla]intiff has more than ten pending workers' compensation claims and one appeal pending at [Con]necticut Supreme Court) and need more time to attempt to resolve the issues. On [Februar]y 11, 2004, defendants sent plaintiff a comprehensive settlement agreement, which [plaintif]f is considering. Defendants would like to complete the settlement process before [incurrin]g the expense of depositions (including medical doctors).

The parties have received two prior modifications to the scheduling order. Plaintiff's [counse]l has no objection to the granting of this motion.

3:02cv1371 (AVC). March 25, 2004. GRANTED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.