

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

---------------------------------------------------x
:
LYDIA MELE                           :      CIVIL ACTION NO.:
                                     :
VS.                                  :      3:02-CV-01371 (AVC)
                                     :
HARTFORD PUBLIC SCHOOLS,             :
ET AL.                               :      OCTOBER 14, 2004
                                     :
---------------------------------------------------x

## MOTION FOR ENLARGEMENT OF TIME

The Plaintiff, LYDIA MELE, respectfully moves this Honorable Court for an enlargement of time for the parties to complete their joint pre-trial memorandum in this matter. The pre-trial memorandum is due on Friday, October 14, 2004, the same date that the undersigned counsel, who is a sole-practitioner, must submit a brief to the Appellate Court in a complex commercial matter involving the consolidated appeal of two cases: (1) a judgment regarding a buy/sell agreement of 45% of the shares in a closely held corporation; and (2) a judgment on an accounting between the same parties who held various parcels of real property as partners. The Plaintiff respectfully requests a two (2) week extension of time until October 29, 2004, to complete and file the joint pre-trial memorandum.

The undersigned counsel apologizes to the Court for the lateness of the motion, which is being filed at this time because the undersigned had hoped until that he would

October 18, 2004. GRANTED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.

**ORAL ARGUMENT NOT REQUESTED**