UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LYDIA MELE | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02CV1371 (AVC) |
| v. | : | |
| | : | |
| HARTFORD PUBLIC SCHOOLS, | : | |
| AND THE BOARD OF TRUSTEES | : | |
| FOR THE HARTFORD PUBLIC | : | |
| SCHOOLS, | : | |
| Defendants. | : | |

## DEFENDANTS' WITNESS LIST

Defendants submit the following witness list. Defendants reserve the right to supplement this list upon examination of plaintiff's witness list and for purposes of impeachment and/or rebuttal.

**Ann Bird, Esq.**
City of Hartford
550 Main Street
Hartford, CT 06103
Estimated time of direct testimony and cross examination: 60 minutes
Attorney Bird will testify as a fact witness about the contracts and manual governing plaintiff's employment, interactions with plaintiff and her representatives over job issues.

**Robert Stacy**
66 Carriage Drive
Avon, CT 06001
Estimated time of direct testimony and cross examination: 30 minutes

    Mr. Stacy will testify about interactions with the plaintiff over the terms and conditions of her employment and the policies and procedures of the Hartford Public Schools.

**Mark Zito**
    Hartford High School
    Hartford, CT
    Estimated time of direct testimony and cross examination:  30 minutes
    Mr. Zito will testify about his experiences working with plaintiff at HTLA.

**Judith Olson**
    35 Sylvan Avenue
    New Britain, CT  06053
    Estimated time of direct testimony and cross examination:  40 minutes
    Ms. Olson will testify about her experiences working with plaintiff at HTLA.

**Levey Kardulis**
    115 Granby Street
    Hartford, CT  06112
    Estimated time of direct testimony and cross examination:  30 minutes
    Mr. Kardulis will testify about his experiences working with plaintiff at HTLA

**Barbara Maybin**
    2 Arnold Drive
    Bloomfield, CT  06002
    Estimated time of direct testimony and cross examination:  30 minutes
    Ms. Maybin will testify about her experiences working with plaintiff at Fox Middle School.

**Lou DeLoreto**
    186 Auburn Road
    West Hartford, CT  06119
    Estimated time of direct testimony and cross examination:  40 minutes
    Mr. DeLoreto will testify about his experiences and interactions as guidance coordinator supervising plaintiff.

**James Fagan**
>144 Warrenton Avenue
>Hartford, CT
>Estimated time of direct testimony and cross examination:  30 minutes
>Mr. Fagan will testify about his experiences working with plaintiff at South Middle School.

**Mary Holloway**
>1134 Smith Road
>Worcester, NY   12197
>Estimated time of direct testimony and cross examination:  30 minutes
>Dr. Holloway will testify about her experiences working with plaintiff at South Middle School.

**John Talgo**
>525 Main Street, Suite 402
>Hartford, CT  06103
>Estimated time of direct testimony and cross examination:  30 minutes
>Mr. Talgo will discuss the construction at South Middle School.

**Linda Rossignol**
>Travelers Insurance Company
>Hartford, CT
>Estimated time of direct testimony and cross examination:  20 minutes
>Ms. Rossignol will testify about supplying plaintiff with medical accessories as part of her workers compensation cases.

**Sister Frances Randall**
>9 Plano Place
>Manchester, CT
>Estimated time of direct testimony and cross examination:  30 minutes
>Sister Randall will discuss her treatment and assessment of plaintiff.

**Thaddeus Obielglo**
    447 Orchard Street
    Rocky Hill, CT
    Estimated time of direct testimony and cross examination: 20 minutes
    Mr. Obielglo will testify about personnel practices in the Hartford Public Schools, including but not limited to transfers.

**Edwin Vargas, Cheryl Daniels, Bill Hagan and/or Hartford Federation of Teachers**
    141 Douglas Street
    Hartford, CT
    Estimated time of direct testimony and cross examination:  20 minutes
    The Union Representative will testify about their interactions with plaintiff and her disputes with the Hartford Public Schools

**Dr. Wells Jacobson**
    36 Haynes Street
    Manchester, CT  06040
    Estimated time of direct testimony and cross examination:  20 minutes
    Dr. Jacobson will testify as a fact witness about his independent medical examination/report of the plaintiff.

**Harriet Marek**
    18 Willowstream Drive
    Vernon, CT 06066
    Estimated time of direct testimony and cross examination:  20 minutes
    Ms. Marek will testify about plaintiff's assignments, interactions she had with plaintiff, and the policies and procedures of the Hartford Public Schools.

**Al Jordan**
    P. O. Box 384
    Coventry, CT 06238
    Estimated time of direct testimony and cross examination:  15 minutes
    Mr. Jordan will testify about the interactions he had with plaintiff.

- 5 -

**Robert Henry**
    Hartford Public Schools
    Hartford, CT
    Estimated time of direct testimony and cross examination: 20 minutes.
    Mr. Henry will testify about the demographics, policies and procedures of the Hartford Public Schools.

    DEFENDANTS,
    HARTFORD PUBLIC SCHOOLS AND
    BOARD OF TRUSTEES FOR THE
    HARTFORD PUBLIC SCHOOLS


By_____
    Joseph W. McQuade
    Federal Bar No. ct12121
    Diana Garfield
    Federal Bar No. ct05551
    Kainen, Escalera & McHale, P.C.
    21 Oak Street, Suite 601
    Hartford, CT  06106
    (860) 493-0870 (telephone)
    (860) 493-0871 (fax)
    jmcquade@kemlaw.com
    dgarfield@kemlaw.com
    Their Attorneys

15741