**PLAINTIFF'S LIST OF EXHIBITS**

1. Letter from Dr. Aronow to Mr. Blakeman dated 12-23-00

2. Letter from Dr. Murray to Travelers Ins. Co. dated 03-15-95

3. Letter from Dr. Murray to Travelers Ins. Co. dated 03-10-95

4. Note from Dr. Zimmerman dated 03-14-97

5. Note from Dr. Zimmerman dated 03-31-97

6. Note from Dr. Zimmerman dated 04-04-02

7. Note from Dr. Zimmerman dated 07-26-00

8. Work release/job restrictions dated 03-26-99 from Dr. Aronow

9. Note from Dr. Zimmerman dated 03-31-97

10. Work release/job restrictions dated 02-19-99 from Dr. Aronow

11. 2 notes from Dr. Zimmerman dated 03-13-95

12. Note from Dr. Zimmerman dated 02-25-91

13. Letter from Dr. Murray to Travelers Ins. Co. dated 10-16-97

14. Work release/job restrictions dated 10-20-98 from Dr. Aronow

15. Note to J. Olson, Administrator, HTLA, dated 02-26-99 enclosing work release/job restrictions from Dr. Aronow.

16. Note from Dr. Zimmerman indicating L. Mele may return to work on 11-05-96 with restrictions on lifting not greater than 5 lbs.

17. Letter from Dr. Murray to Travelers Ins. Co. dated 10-08-96

18. Letter from Dr. Dowling to L. Mele dated 05-22-91

19. Note from Dr. Zimmerman dated 03-31-97

20. 2 notes from Dr. Zimmerman dated 09-11-00

21. Note from Dr. Becker dated 08-27-99

22. Report from Dr. Becker dated 01-03-01

23. Letter from Dr. Murray to Travelers Ins. Co. dated 09-27-96

25. Letter from Dr. Aronow dated 08-04-99

26. 2 notes from Dr. Zimmerman's office dated 07-26-00 and 07-27-00

27. Work release/job restrictions dated 09-15-00 from Dr. Aronow

28. Report from Dr. Becker dated 06-11-98

29. Work release/job restrictions from Dr. Aronow dated 01-08-98

30. Report from Dr. Shafer dated 07-12-91

31. Report from Dr. Becker dated 10-25-96

32. Radiology report from Dr. Turco dated 12-18-95

33. Note to Dr. Holloway from L. Mele enclosing note from Dr. Murray dated 12-02-94 regarding limitation on standing.

34. Memo from L. Mele to D. Lydem dated 03-21-02

35. Letter from R. Delgado-Brito to R. Stacy dated 01-26-98

36. Letter from L. Mele to R. Stacy dated 12-27-00

37. Letter from L. Mele to R. Stacy dated 04-01-99

38. Letter from L. Mele to R. Stacy dated 03-03-00

39. Letter from R. Stacy to L. Mele dated 10-17-00

40. Letter from L. Mele to R. Stacy dated 10-04-00

41. Letter from L. Mele to R. Stacy dated 09-21-00

42. Right to return signed by L. Mele on 09-02-00

43. Letter from L. Mele to R. Stacy dated 03-27-02

44. Fax cover sheet from L. Mele to R. Stacy dated 04-23-01

45. Letter from R. Stacy to L. Mele dated 06-21-02

46. Letter from M. Blakeman to H. Harek dated 07-13-00

47. Letter from H. Marek to L. Mele dated 07-07-00

48. Memo to L. Mele from H. Marek dated 04-19-01

49. Fax cover sheet from L. Mele to H. Herrick dated 06-18-02

50. Inter-departmental Memo from H. Marek to L. Mele dated 06-11-02

51. Letter from L. Mele to F. Dumont dated 11-07-00

52. Letter from F. Dumont to L. Mele dated 01-17-01

53. Letter from F. Dumont to L. Mele dated 08-31-01

54. Letter from M. Blakeman to F. Dumont dated 01-29-01

55. Inter-departmental Memo from F. Dumont to A. Johnson dated 09-28-00

56. Letter from T. Obieglo to L. Mele dated 06-24-02

57. Interdepartmental Memo from H. Jarek to L. Mele dated 03-31-01

58. Fax cover sheet from L. Mele to R.Stacy dated 08-15-01;

59. Letter from A. Bird to M. Blakeman dated 03-26-01

60. Letter from M. Blakeman to A. bird dated 03-19-01

61. Letter from M. Blakeman to F. Dumont dated 01-29-01

62. Unusual Incident Report dated 12-11-01

63. Letter from E. Carroll to L. Mele dated 06-07-95

64. Memo to Bill Hagen from L. Mele re. "Incident of 6-2-95"

65. Memo to J. Fagan from L. Mele dated 05-31-95

66. Letter from L. Mele to J. Olsen dated 09-03-99

67. Memo to J. Olsen from L. Mele dated 09-22-97

68. Letter from E. Vargas to L. Mele dated 10-30-96

69. Letter from L. Mele to Ms. Lyden, Acting Principal dated 03-27-02

70. Letter from L. Mele to Mr. Serrad, V.Principal dated 04-03-02

71. Note to Ms. Lyden from L. Mele dated 04-05-02, and enclosing note from Dr. Zimmerman dated 04-04-02

72. Note from Dr. Zimmerman dated 04-22-02

73. Letter to M. Zito from L. Mele dated 10-22-01

74. Fax coversheet from L. Mele to B. Macauley dated 08-23-02 & HBOE leave request form dated 08-23-02

75. Note from Dr. Zimmerman 08-19-02

76. Evaluation Report dated 06-16-98

77. Letter from M. Blakeman to A. Bird dated 08-28-01

78. Letter to M. Blakeman from A. Bird dated 08-28-01

79. Letter from M. Blakeman to A. Bird dated 08-31-01

80. Letter from A. Bird to M. Blakeman dated 08-31-01

81. Letter from M. Blakeman to A. Bird dated 01-12-01

82. Letter from A. Bird to M. Blakeman dated 01-18-01

83. Letter to J. Olson from L. Mele dated 12-06-99

84. Memo from J. Olson to L. Mele dated 12-02-99

85. Memo from J. Olson to L. Mele dated 11-15-99

86. Letter from L. Mele to M. Kohlhagen dated 10-28-99

87. Memo from L. Mele to L. Kardulis dated 10-18-99

88. Memo from L. Mele to L. Kardulis dated 10-13-99

89. Memo from L. Mele to L. Kardulis dated 10-07-99

90. Memo from L. Mele to L. Kardulis dated 10-05-99

91. Letter from L. Mele to J. Olson dated 09-03-99

92. Letter from L. Mele to R. Stacy dated 09-15-99

93. Memo from L. Mele to J. Olson dated 09-09-99

94. Letter from M. Lagana to L. Mele dated 01-20-99

95. Memo from J. Olson to B. Stacy dated 07-14-98

96. Memo from B. Morin to R. Stacy dated 07-14-98

97. Accident information form re. 05-04-98 incident

98. Letter from L. Mele to R. DelMonte dated 05-21-98

99. Memo from L. Mele to J. Olson dated 02-24-98

100. Memo from L. Mele to J. Olson dated 12-04-97

101. Memo from L. Mele to J. Olson dated 12-02-97

102. Memo from J. Olson to L. Mele dated 11-20-97

103. Memo from L. Mele to J. Olson dated 11-18-97

104. Memo to all staff from J. Grande re. "passage through the gymnasium"

105. Memo from L. Mele to J. Olson dated 10-24-97

106. Out of Order sign

107. Memo from J. Olson to L. Mele dated 10-20-97

108. Memo from J. Olson to L. Mele dated 09-20-97

109. Letter from L. Mele to J. Olson dated 10-04-97

110. Note to J. Olson from L. Mele enclosing note from Dr. Zimmerman dated 09-27-97

111. Letter from L. Mele to M. Williams dated 09-25-97

112. Memo from L. Mele to J. Olson dated 09-22-97

113. Letter from L. Mele to J. Olson dated 09-10-97

114. Letter from L. Mele to J. Olson dated 09-01-97

115. Letter from L. Mele to J. Olson dated 08-31-97

116. Memo from L. Mele to J. Olson dated 05-12-97

117. Letter from L. Mele to R. Stacy dated 07-21-98

118. Letter from L. Mele to J. Olson dated 04-17-97

119. Leave request form dated 03-14-97

120. Note from Dr. Zimmerman dated 03-14-97

121. L. Mele's attendance record for the '94-'95 school year

122. Memo to Antwanette in payroll from L. Mele dated 07-28-95

123. Memo from F. Dumont to A. Johnson dated 09-28-00

124. Memo from E. Vargas to "Whom it may concern" dated 05-29-01

125. Evaluation report dated 05-29-01

126. Right to return signed by L. Mele on 09-02-00.

127. Memo to Human Resources from L. Mele dated 07-21-00

128. Memo from L. Mele to J. Fagan dated 02-23-95

129. Memo from L. Mele to B. Brito dated 01-14-97

130. Letter from L. Mele to J. Olson dated 09-04-97

131. Memo to HTLA Staff from J. Olson dated 09-04-97

132. Letter to B. Doyle from A. Bird dated 09-24-97

133. Memo from E. Vargas to J. Olsen dated 07-02-98

134. Email from H. Marek to F. Dumont dated 09-19-00

135. Memo from J. Olson to L. Mele dated 12-02-99

136. Professional Educator's Certificate for L. Mele through 04-09-05

137. Disability certificate from Dr. Muray dated 04-26-95

138. Professional Educator's Certificate for L. Mele through 04-09-00

139. Letter from M. Blakeman to A. Bird dated 09-19-00

140. Letter from S. Barksdale to M. Blakeman dated 11-16-00

141. HPS employee Handbook

142. USEEOC Employer Responsibilities under the ADA

143. Posting of vacancies dated 02-05-01

144. Internal Posting on 02-05-01

145. Annual Postings dated 02-03-01

146. Collective Bargaining Agreement 07-01-99 to 06-30-02

147. Letter from L. Mele to F. Dumont dated 01-24-01

148. "Exhibit W" (MELE 000528) produced by the defendant

149. MELE 000522 produced by the defendant

150  MELE 000521 produced by the defendant

151. Prescriptions for chair w/lumbar support and scooter w/high lumbar support w/padding (MELE 000506) produced by the defendant

152. Letter from M. Blakeman to A. Bird dated 08-24-00

151. Letter from M. Blakeman to A. Bird dated 11-03-00

153. Memo from A. Johnson to F. Dumont dated 11-16-00

154. Letter from L. Mele to R. Stacey dated 12-27-00

155. Memo from L. DeLoreto to F. Dumont dated 03-26-01

156. Letter to T. Ritter from L. Mele dated 06-07-01

157. Letter from R. Stacy to T. Ritter dated 10-02-01

158. Collective Bargaining Agreement from 07-01-02 to 06-30-05

159. Chart from Dr. Aronow produced to defendants in connection with disclosure dated 05-14-03.

160. Chart from Dr. Becker produced to defendants in connection with disclosure dated 05-14-03.

161. Chart from Grady-Benson produced to defendants in connection with disclosure dated 05-14-03.

162. Chart from Dr. Lindburg produced to defendants in connection with disclosure dated 05-14-03.

163. Chart from Dr. Zimmerman produced to defendants in connection with disclosure dated 05-14-03.