UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **LYDIA MELE** | : |
| | : |
|     **Plaintiff,** | : |
| | :   **CIVIL ACTION NO.** |
| v. | :   **3:02CV1371 (AVC)** |
| | : |
| **HARTFORD PUBLIC SCHOOLS,** | : |
| **AND THE BOARD OF TRUSTEES** | : |
| **FOR THE HARTFORD PUBLIC** | : |
| **SCHOOLS,** | : |
| | : |
|     **Defendants.** | : |

## DEFENDANTS' EXHIBITS

Defendants submit the following exhibit list. Defendants reserve the right to supplement this lit upon examination of plaintiff's witness list and for purposes of impeachment and/or rebuttal.

        Special Act 97-04

        Special Act 01-07

1999-2002    Collective Bargaining Agreement for Hartford Public Schools and Hartford Federation of Teachers

2002-2005    Collective Bargaining Agreement for Hartford Public Schools and Hartford Federation of Teachers

|          |                                                            |
|----------|------------------------------------------------------------|
|          | Hartford Public Schools Policy 2111                        |
|          | Hartford Public Schools Policy 4118.1                      |
|          | Hartford Public Schools Policy 4118.3                      |
| 8/00     | Hartford Public Schools Employee Handbook                  |
| 11/15/94 | Memo regarding meeting with Dr. Holloway                   |
| 12/6/94  | Letter Mele to Dr. Dickens                                 |
| 12/16/94 | Memo Dickens to Mele                                       |
| 1/30/95  | Memo Holloway to Mele regarding reprimand                  |
| 1/30/95  | Memo Fagan to Mele regarding counseling sessions           |
| 2/7/95   | Memo Mele to Holloway regarding reprimand                  |
| 2/7/95   | Memo Mele to Fagan regarding counseling sessions           |
| 3/21/95  | Memo Dickens to Fagan, Holloway, Mele regarding meeting    |
| 4/4/95   | Memo Holloway to Dickens regarding meeting follow-up       |
| 4/11/95  | Posting Application                                        |
| 4/13/95  | Memo Obieglo to Mele regarding posting results             |
| 5/31/95  | Evaluation Report                                          |
| 7/12/95  | Memo Obieglo to Mele regarding posting results             |
| 5/6/96   | Memo Ciriello to Mele regarding posting                    |
| 6/18/96  | Memo Obieglo to Mele regarding posting results             |

| | |
|---|---|
| 6/27/96 | Axelson Affidavit |
| 7/1/96 | Morris Affidavit |
| 7/1/96 | Mojica Affidavit |
| 6/9/97 | Memo Mandell to Mele regarding posting results |
| 9/4/97 | Letter Mele to Olson regarding accommodations |
| 9/10/97 | Memo Olson to Staff regarding parking |
| 9/10/97 | Letter Mele to Olson regarding meeting |
| 9/18/97 | Memo Olson to Mele regarding Brito call |
| 9/20/97 | Memo Olson to Mele regarding elevator |
| 9/22/97 | Memo Mele to Olson regarding response |
| 9/23/97 | Memo Mele to Olson regarding response |
| 9/23/97 | Memo Mele to Olson regarding response |
| 9/24/97 | Letter Bird to Doyle regarding accommodation request |
| 10/4/97 | Letter Mele to Brito regarding elevator |
| 10/20/97 | Memo Olson to Mele regarding elevator |
| 10/24/97 | Memo Mele to Olson regarding request for input |
| 11/4/97 | Letter Mele to Brito regarding parking |
| 11/14/97 | Memo Bird to Olson regarding meeting to discuss accommodation request |

| | |
|---|---|
| 11/20/97 | Letter Olson to Bird regarding elevator |
| 11/20/97 | Memo Olson to Mele regarding counseling students |
| 11/25/97 | Memo Bird to Stacy regarding additional assistance |
| 11/25/97 | Letter Bird to Doyle regarding elevator |
| 12/4/97 | Memo Mele to Olson regarding elevator |
| 1/2/98 | Memo Mele to Olson regarding elevator |
| 2/27/98 | Memo Olson to Staff regarding assistance |
| 2/28/98 | Letter Mele to Stacy regarding handicap space |
| 5/21/98 | Letter Mele to Vargas regarding Kardulis |
| 7/14/98 | Memo Olson to Stacy regarding accommodation |
| 7/14/98 | Memo Morin to Stacy regarding accommodation |
| 7/21/98 | Letter Mele to Stacy |
| 1/20/99 | Letter Stacy to Mele regarding light duty |
| 4/1/99 | Letter Mele to Stacy regarding accommodation |
| 9/3/99 | Letter Mele to Olson regarding meeting |
| 9/21/99 | Letter Stacy to Mele regarding accommodation |
| 12/2/99 | Letter Olson to Mele regarding accommodation |
| 12/6/99 | Letter Mele to Olson regarding accommodation |
| Undated | Mele Letter |

| | |
|---|---|
| Undated | Newspaper Article: Olson transfer |
| Undated | Newspaper Article: Inadequate staff and supplies |
| 5/11/00 | Job Description – Guidance Counselor |
| 7/7/00 | Letter Marek to Mele regarding assignment |
| 8/24/00 | Memo Bird to Dumont regarding accommodations |
| 8/30/00 | Memo Mele to Maybin regarding accommodation |
| 9/19/00 | Email Marek to Dumont regarding Mele grievance meeting |
| 9/21/00 | Letter Bird to Blakeman regarding restrictions |
| 9/22/00 | Memo Dumont to HFT regarding grievance meeting about transfer from HTLA to Fox Middle |
| 9/28/00 | Memo Dumont to HT regarding restrictions |
| 10/19/00 | Letter Mele to Rossignol regarding scooter |
| 11/3/00 | Letter Doyle to Rossignol regarding equipment |
| 11/6/00 | Letter Mele to Maybin regarding assigned parking |
| 11/9/00 | Letter Rossignol to Dr. Becker regarding scooter |
| 11/25/00 | Letter Mele to Rossignol regarding scooter |
| 1/11/01 | Letter Bird to Blakeman regarding transfer |
| 1/12/01 | Letter Blakeman to Bird regarding transfer |
| 1/18/01 | Letter Bird to Blakeman regarding transfer |

| | |
|---|---|
| 2/5/01 | 2000-2001 Annual Posting of Teacher Vacancies and Internal Annual Posting |
| 2/14/01 | Fax Mele to DeLoreto regarding transfer |
| 2/16/01 | Letter Lippitt to Mele regarding compensation |
| 2/19/01 | Letter Mele to Lippitt regarding compensation |
| 3/26/01 | Memo DeLoreto to Dumont regarding guidance position at adult education |
| 3/26/01 | Letter Bird to Blakeman regarding assignment |
| 4/2/01 | Email Bird to Dumont regarding transfer |
| 4/4/01 | Email Dumont to Bird regarding adult education guidance posting |
| 4/19/01 | Memo Marek to Mele regarding annual posting interview |
| 5/29/01 | Evaluation report |
| 5/31/01 | Memo Marek to Mele regarding annual posting |
| 5/31/01 | Memo Marek to Mele regarding annual posting interview results |
| Undated | 2001-2002 Vacancies filled |
| 6/9/01 | Fax Mele to Hagen, HFT regarding questions |
| 6/12/01 | Letter Hagen to Mele |
| 6/18/01 | Memo Mele to Marek regarding transfer |
| 8/30/01 | Guidance Counselor Assignments 2001-2002 |
| 8/31/01 | Letter Dumont to Mele regarding voluntary transfer |

| | |
|---|---|
| 9/4/01 | Memo Zito to Mele and Lupien regarding guidance counselor responsibilities |
| 9/9/01 | Letter Mele to Zito regarding students |
| 9/10/01 | Letter Mele to Zito regarding meeting |
| | Memo Zito regarding meeting |
| 9/25/01 | Mele's notes about meeting with DeLoreto, Zito and Lupien |
| 9/26/01 | Lupien's note to Zito and DeLoreto |
| 9/28/01 | Memo Zito to Mele regarding goals conference |
| 9/28/01 | Memo Mele to Zito regarding summer school students |
| 10/9/01 | Letter Mele to Zito regarding parents |
| 10/15/01 | Memo Mele to Brito regarding grievance |
| 10/18/01 | Memo Mele to Brito regarding grievance |
| 10/21/01 | Memo Mele to DeLoreto |
| 10/22/01 | Letter Mele to Zito regarding accommodation |
| 10/23/01 | Letter Mele to Zito |
| 10/25/01 | Memo Mele to Zito regarding guidance development |
| 11/4/01 | Memo Mele to Zito regarding Sailor |
| 11/8/01 | Memo Mele to Zito regarding seniors |
| 11/14/01 | Memo Mele to Zito regarding seniors |
| 11/27/01 | Memos (2) Mele to Zito regarding Montogue |

- 8 -

| | |
|---|---|
| 11/28/01 | Memo Mele to Zito regarding updating counselors |
| 11/30/01 | Memos (2) Mele to Zito regarding Montogue |
| 12/3/01 | Memo Mele to Zito regarding appointment |
| 12/3/01 | Fax Mele to Brito |
| 12/6/01 | Memo Mele to Zito regarding Extraordinary Help |
| 12/7/01 | Memo Mele to Zito regarding Prison Outreach |
| 12/11/01 | Note Mele to Zito regarding leaving |
| 12/11/01 | Memo Mele to seniors |
| 12/24/01 | Letter Mele to Vargas regarding union representation |
| 2/4/02 | 2002-2003 Annual Posting of Teacher Vacancies |
| 2/5/02 | Letter Mele to Rep. Christ |
| 2/28/02 | Memo Lyden to DeLoreto regarding guidance counselor responsibilities |
| 3/15/02 | Letter Mele to Vargas regarding union representation |
| 3/18/02 | Memo Stacy to Staff regarding annual posting timelines |
| 3/18/02 | 2002-2003 Annual Posting of Teacher Vacancies |
| 3/21/02 | Memo Mele to DeLoreto regarding Lupien |
| 3/21/02 | Memo Mele to Lydem regarding Lupien |
| 3/27/02 | Letter Mele to Stacy regarding staffing |

| Date | Description |
|---|---|
| 3/28/02 | Memo Mele to Boyd regarding students transitioning |
| 3/30/02 | Letter Rossignol to Angel regarding back equipment |
| 4/2/02 | Memo Mele to Lydem regarding Lupien's office |
| 4/3/02 | Memo Mele to Serrad regarding accommodation |
| 4/12/02 | Memo Mele to Boyd regarding students transitioning |
| | Memos (2) Mele to DeLoreto regarding status |
| 4/22/02 | Memo Marek to Mele regarding interview |
| 4/24/02 | Memo Hagen to Mele regarding grievances |
| 5/3/02 | Letter Mele to Hagan regarding complaints |
| 6/1/02 | Memo Marek to Mele regarding posting results |
| 6/18/02 | Memo Mele to Marek regarding denial of transfer |
| 6/21/02 | Letter Stacy to Mele regarding additional support |
| 6/24/02 | Letter Obieglo to Mele regarding selection |
| | Materials regarding adult guidance postings, 2001, 2002 |
| 6/02 | Letter Lippitt to Mele regarding payroll adjustment |
| 9/18/02 | Independent Medical Examination Report by Dr. Jacobson |
| | Medical Reports indicating current ability to work |
| | Charts summarizing Mele's school placements and principals 1994 to date, dates actually working and receiving salary, dates receiving salary replacement. |

- 10 -

        DEFENDANTS,
        HARTFORD PUBLIC SCHOOLS AND
        BOARD OF TRUSTEES FOR THE
        HARTFORD PUBLIC SCHOOLS


By_____
    Joseph W. McQuade
    Federal Bar No. ct12121
    Diana Garfield
    Federal Bar No. ct05551
    Kainen, Escalera & McHale, P.C.
    21 Oak Street, Suite 601
    Hartford, CT  06106
    (860) 493-0870 (telephone)
    (860) 493-0871 (fax)
    jmcquade@kemlaw.com
    dgarfield@kemlaw.com
    Their Attorneys

15607