## PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS

1. Does anyone have any strong feelings about lawsuits, people who bring them, or people who are sued, which they feel might prejudice their ability to be fair and impartial to either party in this lawsuit.

2. Does anyone have any strong feelings towards people who have physical disabilities that they believe might impact how they view this case.

3. Does anyone believe that because this case may involve a monetary award against the Hartford Public Schools that they can not be fair and impartial to either party in this lawsuit.

4. Is anyone concerned that cases like this one might burden the taxpayers of the City of Hartford, and do you think that belief might cause you to favor one party over the other in this lawsuit.

5. Does anyone have any strong feelings about people who consult with professionals for stress they have suffered that you believe might prejudice your ability to be fair and impartial to either party in this lawsuit.

6. Does anyone have any strong feelings about doctors or lawyers that you believe might prejudice your ability to be fair and impartial to either party in this lawsuit.