FILED

2005 APR -5 A 8:30

DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LYDIA MELE, | CIVIL ACTION NO. |
| Plaintiff, | 3:02CV2372 (AVC) |
| v. | |
| HARTFORD PUBLIC SCHOOLS AND THE BOARD OF TRUSTEES FOR THE HARTFORD PUBLIC SCHOOLS Defendants. | April 4, 2005 |

## JOINT MOTION ON CONSENT TO CONTINUE JURY SELECTION FOR THIRTY DAYS

The plaintiff and the defendant jointly request that jury selection scheduled for April 7, 2005 be continued for thirty (30) days for the following reasons:

1. The parties, after mediation with Magistrate Judge Smith, are in the process of finalizing a fairly complex and multi-faceted settlement agreement to resolve this matter. Because this settlement involves workers' compensation and pension issues, it has required more precision than usual in drafting the settlement agreement, including co-ordination and information gathering from others, along with the State Teacher's Retirement Board, who are not parties to this litigation.

2. The defendant received plaintiff's modifications to the proposed agreement on Friday, April 1, 2005.

3. The parties believe that this case can be resolved within the next thirty (30) days, and wish to save the Court the time and expense of empanelling a jury.

PLAINTIFF,
Lydia Mele

By _____
John Henry M. Steele
35 Louis Road
Middlefield, CT 06455
(860) 349-4448 (telephone)
(860) 349-2484 (fax)
ct10187
Her Attorney

Date: April 4, 2005

DEFENDANTS,
Hartford Public Schools, et al.

By _____
Diana Garfield
Kainen, Escalera & McHale, P.C.
21 Oak Street, Suite 601
Hartford, CT 06106
(860) 493-0870 (telephone)
(860) 493-0871 (fax)
ct05551
Their Attorneys

Date: April 4, 2005