35

FILED

2005 APR -5 A 8:30

DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LYDIA MELE, | : | CIVIL ACTION NO. |
| | : | 3:02CV2372 (AVC) |
| Plaintiff, | : | 02CV1371 (AVC) |
| v. | : | |
| | : | |
| HARTFORD PUBLIC SCHOOLS AND | : | |
| THE BOARD OF TRUSTEES FOR | : | April 4, 2005 |
| THE HARTFORD PUBLIC SCHOOLS | : | |
| Defendants. | : | |

## JOINT MOTION ON CONSENT
## TO CONTINUE JURY SELECTION FOR THIRTY DAYS

The plaintiff and the defendant jointly request that jury selection scheduled for April 7, 2005 be continued for thirty (30) days for the following reasons:

1. The parties, after mediation with Magistrate Judge Smith, are in the process of finalizing a fairly complex and multi-faceted settlement agreement to resolve this matter. Because this settlement involves workers' compensation and pension issues, it has required more precision than usual in drafting the settlement agreement, including co-ordination and information gathering from others, along with the State Teacher's Retirement Board, who are not parties to this litigation.

2. The defendant received plaintiff's modifications to the proposed agreement on Friday, April 1, 2005.

3. The parties believe that this case can be resolved within the next thirty (30) days, and wish to save the Court the time and expense of empanelling a jury.

April 5, 2005. GRANTED. The matter is assigned to the next jury selection date of May 5, 2005.
SO ORDERED.

Covello, U.S.D.J.

FILED
2005 APR -5 P 3:33
US DISTRICT COURT
HARTFORD CT