UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LYDIA MELE

V.  CASE NO. 3:02CV01371(AVC)

HARTFORD PUBLIC SCHOOLS and
BOARD OF TRUSTEES FOR
HARTFORD PUBLIC SCHOOLS

## JUDGMENT

These actions having been commenced by a complaint and having been assigned to the Honorable Alfred V. Covello, United States District Judge; and

Counsel of record having reported to the Court on April 26, 2005 that the above-entitled cases had been settled, and no closing papers having been filed to date; it is hereby

ORDERED that this action be and is hereby dismissed without costs and without prejudice to the right of any parties to move within 30 days to re-open it if the settlement has not been consummated.

Dated at Hartford, Connecticut, this 2nd day of June, 2005.

KEVIN F. ROWE, Clerk

By: ___/s/ JW_____
Jo-Ann Walker
Deputy Clerk

EOD: _____